IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

RONALD N. KUKOLECK,

           Plaintiff,

-vs-

LAKE COUNTY SHERIFF'S OFFICE, et al.,

           Defendants.

CASE NO. 1:12 CV 01379

<u>ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT THE DEFENDANTS' MOTION BE GRANTED IN PART AND DENIED IN PART</u>

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Before the Court is the Magistrate Judge's Report and Recommendation advising that the Court grant, in part, and deny, in part, the Lake County Defendants' motion to dismiss. (Doc. 16). Specifically, the Magistrate Judge recommended:

    (1) dismissing all claims against the Lake County Sheriff's Office and the Lake County Commissioners;

    (2) dismissing all claims against the Lake County John Doe defendants;

    (3) dismissing claims of deliberate indifference to a serious medical need

asserted against Sheriff Dunlap;

(4) dismissing the failure to train and supervise claims asserted against Sheriff Dunlap; and,

(5) denying the motion to dismiss as to the custom or policy claims against Sheriff Dunlap.

(Report and Recommendation, Doc. 16).

The plaintiff filed timely objections, as did defendant Sheriff Dunlap. (Doc. 17, 18).

Having carefully considered *de novo* those portions of the Report and Recommendation to which the parties object, the Court agrees with, and accepts, the Magistrate Judge's recommendations. The defendants' motion for summary judgment is accordingly granted, in part, and denied, in part, as described in the Report and Recommendation. (Resolving Doc. 11).

IT IS SO ORDERED.

                                                              /s/ Lesley Wells
                                               UNITED STATES DISTRICT JUDGE

Date: 15 April 2015