IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------

RONALD N. KUKOLECK,

                       Plaintiff,

      -vs-

LAKE COUNTY SHERIFF'S OFFICE, et al.,

                    Defendants.

------------------------------------------------

: CASE NO. 1:12 CV 01379
:
: <u>ORDER ADOPTING THE</u>
: <u>MAGISTRATE JUDGE'S REPORT AND</u>
: <u>RECOMMENDATION AND</u>
: <u>DISMISSING THIS MATTER IN ITS</u>
: <u>ENTIRETY</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Before the Court is a Report and Recommendation ("R&R") prepared by United States Magistrate Judge William H. Baughman, Jr. The R&R advises that the Court grant the defendants' pending motion to dismiss and dismiss this matter with prejudice. (Doc. 37).

This Court makes "a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge." Local Rule 72.3(b). The failure by either party to file specific objections constitutes a waiver of the right to appeal the magistrate's recommendations.

Thomas v. Arn, 474 U.S. 140, 155 (1985); Howard v. Sec'y of Health & Human Servs., 932 F.2d 505, 508–09 (6th Cir.1991).

In this instance, no party has filed objections to the R&R. Therefore, having reviewed the report and recommendation and found no error, this Court adopts it in its entirety. The defendants' motion to dismiss is granted.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 6/8/2015